OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS  FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

**4/13/2015**
**Kietzman, Otto Ray**      Tr. Ct. No. 2013W0631

On this day the Appellant's Pro Se motion for extension of time to file petition for discretionary review has been denied. See T.R.A.P. 31.4

COA Case No. 04-14-00432-CR
PD-0388-15

Abel Acosta, Clerk

RETURN TO SENDER
INMATE RELEASED
NAME AND SID NUMBER DO NOT MATCH
ITEMS NOT ALLOWED IN THIS FACILITY

OTTO RAY KIETZMAN
# 1022316
200 N. COMAL
SAN ANTONIO, TX 78207

U TF

\$ 00.26⁵
02 1R
0002003152